AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
███████████████████

*Defendant(s)*

Case No.   5:21MJ-1879

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __08/11/2021__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 111(a)(1) | Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew D. Alves, FBI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1:

Date: 08/19/2021

*Judge's signature*

City and state:   Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF CRIMINAL COMPLAINT

I, Matthew D. Alves, having been duly sworn, depose and state as follows:

1. I am Special Agent of the United States Federal Bureau of Investigation. I have been employed with the Federal Bureau of Investigation since July 07, 2019. I am currently assigned to the FBI Laredo Resident Agency's Violent Crimes / Major Offenders Squad.

2. On August 11, 2021 at approximately 10:45 a.m., Laredo North Border Patrol Agent (BPA) Daniel Dominguez (Dominguez) was working his assigned duties at the United States Border Patrol checkpoint at the Mile Marker 29 on Interstate 35 when a black in color Lincoln MKZ sedan, Texas license plate ▮▮▮▮▮▮▮▮ approached the primary booth for inspection. BPA Dominguez was conducting his inspection and asked the driver to exit the vehicle to open the trunk because of inconsistencies that aroused BPA Dominguez's suspicion. The driver exited the vehicle, walked to the rear of the black in color Lincoln MKZ sedan, opened the rear drivers side passenger door, and the trunk.

3. Two individuals were found concealed in the trunk of the subject vehicle. BPA Dominguez attempted to place the driver under arrest and went to restrain the driver's right arm, but the driver struggled with BPA Dominguez and lunged into the vehicle while pushing away on the BPA's left side where his firearm was located. BPA Dominguez was partially in the vehicle attempting to prevent the driver from escaping or placing the vehicle in drive when the vehicle began to move forward. BPA Dominguez moved with the vehicle as it began to drive off which resulted in his ankle becoming twisted after he let go of the driver and vehicle. The driver continued to accelerate and exited the inspection area at a high rate of speed.

4. Pursuing BPAs advised the Lincoln MKZ sedan was travelling above 90 miles per hour and were unable to catch up to the fleeing vehicle. BPAs lost sight of the vehicle at approximately mile marker 36 on Interstate 35. Border Patrol Watch Commander Peter Ayala advised Agents to terminate the pursuit due to safety concerns. Through review of Border Patrol check point video surveillance, the vehicle license plates were tracked to a residence in Laredo, Texas. At the residence a family member of the driver identified the driver as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). ▮▮▮▮▮▮ was identified from screenshots taken from the video surveillance and a description of a known tattoo as seen on the surveillance video along with intelligence gathered and confirmed on multiple law enforcement databases.

5. Based on my experience and the aforementioned facts and observations, I believe there is probable cause to believe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did forcibly assault, resist, oppose, impede, intimidate, and interfered with BPA Daniel Dominguez while engaged in or on account of the performance of his official duties, which is in violation of 18 United States Code Section 111 (a)(1).

*[signature]*

Matthew D. Alves
Special Agent, FBI
Federal Bureau of Investigation